**Order entered July 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00015-CV

## IN RE PETER SWART, RELATOR

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-24538**

## ORDER
Before Justices Brown, Schenck, and Reichek

In accordance with this Court's opinion of this date, the Court **CONDITIONALLY GRANTS** relator's petition for writ of mandamus.

We **ORDER** the trial judge to issue, **within fifteen (15) days of the date of this order**, written rulings vacating its March 6, 2019 order and dismissing the underlying proceeding. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/     DAVID J. SCHENCK
JUSTICE